**IN THE COMMONWEALTH COURT OF PENNSYLVANIA**

PJD Entertainment, Inc., d/b/a   :
Savannah's on Hanna,              :
                Petitioner   :
                       :
        v.             :   No. 751 C.D. 2015
                       :
Department of Health, Bureau of   :
Health Promotion and Risk      :
Reduction,                 :
              Respondent   :

# O R D E R

AND NOW, this 6th day of April, 2016, **IT IS HEREBY ORDERED** that the above-captioned opinion filed January 29, 2016, shall be designated **OPINION** rather than **MEMORANDUM OPINION** and it shall be reported.

_____
**BONNIE BRIGANCE LEADBETTER,**
Senior Judge